

# United States District Court
# Eastern District of California

| Thomas Alberi |
|---|
Plaintiff(s)

Case Number: 2:22-mc-157-KJM-AC

V.

| Aerojet Rocketdyne, Inc. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Mary Dow__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

__Plaintiff Thomas Alberi__

On ____May 5, 2010____ (date), I was admitted to practice and presently in good standing in the ____Supreme Court of the State of New York____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____5/18/2022____        Signature of Applicant: /s/ __Mary Dow__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mary Dow |
| Law Firm Name: | Condon & Forsyth LLP |
| Address: | 7 Times Square |
| | 18th Floor |
| City: | New York     State: NY     Zip: 10036 |
| Phone Number w/Area Code: | (212) 894-6700 |
| City and State of Residence: | Brooklyn, New York |
| Primary E-mail Address: | mdow@condonlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jennifer J. Johnston |
| Law Firm Name: | Condon & Forsyth LLP |
| Address: | 1901 Avenue of the Stars |
| | Suite 1050 |
| City: | Los Angeles     State: CA     Zip: 90067 |
| Phone Number w/Area Code: | (310) 557-2030     Bar #: 125737 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 25, 2022

*/s/ signature*
CHIEF UNITED STATES DISTRICT JUDGE



*Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department*

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Mary Katherine Dow

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 5, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on May 19, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00067547