UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Alberi,<br><br>        Plaintiff,<br><br>    v.<br><br>Aerojet Rocketdyne Inc.,<br><br>        Defendant. | No. 2:22-mc-00157-KJM-AC<br><br>ORDER |

Plaintiff initially brought his motion to quash in this case against defendant Aerojet Rocketdyne Inc. in May 2022. *See* Mot., ECF No. 1. In August 2024, the court issued a minute order directing plaintiff to file a status report within seven days explaining whether the motion is now moot. *See* Min. Order, ECF No. 19. Shortly thereafter, plaintiff filed a status report explaining the motion to quash—the only motion at issue in this case—is now moot as a result of the associated case being settled. *See* Min. Order, *Aerojet Rocketdyne, Inc. v. Global Aerospace, Inc, et al.* (E.D. Cal. Jan. 31, 2024), No. 17-1515, ECF No. 344. Accordingly, the court **orders the parties to show cause within seven days** of the date of this order why the case should not be dismissed.

IT IS SO ORDERED.

DATED: August 13, 2024.

CHIEF UNITED STATES DISTRICT JUDGE