UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Alberi,<br><br>                   Plaintiff,<br><br>   v.<br><br>Aerojet Rocketdyne Inc.,<br><br>                  Defendant. | No. 2:22-mc-00157-KJM-AC<br><br>ORDER |

      The court directed plaintiff to file a status report explaining the status of the motion to quash, *see* Mot. Quash, ECF No. 1, and whether it is now moot. *See* Min. Order, ECF No. 19. Plaintiff Thomas Alberi filed a status report explaining the motion to quash that began this case is now moot. *See* Status Rep., ECF No. 20. The court then issued an order directing the parties to show cause within 7 days of the date of the order why the case should not be dismissed. *See* Order (Aug. 13, 2024), ECF No. 21. Alberi responded and defendant Aerojet Rocketdyne Inc. still has not responded. *See* Pl.'s Resp., ECF No. 22. Alberi stated "there is no reason why this case should not be dismissed" and "respectfully request[ed] that the Court dismiss the above-captioned action with prejudice and with each party bearing their own costs." *Id.*

      The motion to quash is **denied as moot**. The court **dismisses** this action with prejudice. The Clerk of Court is directed to **close this case**.

      This order resolves ECF No. 1.

1

1     IT IS SO ORDERED.

2  DATED: August 23, 2024.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE